IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENDA LEE BRAUN | : | CIVIL ACTION |
| v. | : | |
| JAY AHMED | : | NO. 13-3196 |

O R D E R

AND NOW, this 15th day of October, 2013, upon consideration of plaintiff's motion to proceed in forma pauperis and her complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is dismissed for the reasons discussed in the Court's Memorandum. The dismissal is without prejudice to plaintiff's ability to refile her state law claims in state court.

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

JAMES KNOLL GARDNER, J.